Form 19 - SECRETARY OF STATE                                    shirley

P328757

**ROBERT WISNIEWSKI P.C.**     ROBERT WISNIEWSKI P.C.
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK
---------------------------------------------------------
HENRYK PIEKARSKI                                              index No. **CV14-0292**
                                           PLAINTIFF          Date Filed
                    - against -
PROVIDENT OPERATING CORPORATION, ETAL
                                           DEFENDANT          Office No.
                                                              Court Date.
---------------------------------------------------------
            STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the **31ST** day of **JANUARY, 2014** at **9:50 AM** at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND COMPLAINT, CIVIL COVER SHEET,**
**UPON: PROVIDENT OPERATING CORP. S/H/A PROVIDENT OPERATING CORPORATION**
**the DEFENDANT** in this action, by delivering to and leaving with
**CHAD MATICE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00 . That said service was made pursuant to Section 306 BCL.

            Deponent further describes the person actually served as follows:

            SEX: **MALE**    COLOR: **WHITE**  HAIR: **BLACK**
            APP.AGE: **30**  APP. HT: **6/2**  WEIGHT: **215**
            OTHER IDENTIFYING FEATURES:

COMMENTS:

SWORN TO BEFORE ME THIS
05TH day of FEBRUARY, 2014

MICHAEL ROTH
Notary Public, NEW YORK COUNTY
01RO6268665                                    STEVE AVERY
Qualified in NEW YORK COUNTY                   inSync Litigation Support, LLC
Commission Expires 09/17/2016                  75 MAIDEN LANE 11TH FLOOR
                                               NEW YORK, NY 10038
                                               Reference No: 3-RW1-328757