UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road
Melville, New York 11747
(631) 247-0404

ATTORNEYS OF RECORD:
    PAUL J. SIEGEL, ESQ.
    NOEL P. TRIPP, ESQ.

---

HENRYK PIEKARSKI,

                  Plaintiff,

-against-

PROVIDENT OPERATING CORPORATION, DEBORAH BENEDICT, BETTY KESTENBAUM, JOSEPH FRIEDMAN and RUTH MAZUREK,

                  Defendants.

*VIA ECF*

Civil Action No. 14-CV-0292

Mauskopf, J.
Mann, M.J.

---

TO:    ROBERT WISNIEWSKI, ESQ.
        ROBERT WISNIEWSKI P.C.
        *ATTORNEYS FOR PLAINTIFF*
        225 Broadway, Suite 1020
        New York, New York 10007
        (212) 267-2101

## **NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE, that the Defendants, sued herein as "PROVIDENT OPERATING CORPORATION, DEBORAH BENEDICT, BETTY KESTENBAUM, JOSEPH FRIEDMAN and RUTH MAZUREK", hereby appear in the above-entitled action, and that the undersigned have been retained as attorneys for said Defendants, and demand that all papers in this action be served upon the undersigned at the office, post office address and e-mail stated below.

Dated: Melville, New York
      March 4, 2014

                              Yours, etc.,

                              JACKSON LEWIS P.C.
                              *ATTORNEYS FOR DEFENDANTS*
                              58 South Service Road
                              Melville, New York  11747
                              (631) 247-0404
                              siegelp@jacksonlewis.com

                              s/
                              PAUL J. SIEGEL, ESQ.

4847-7876-6872, v. 1